FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARTEL MORFIN,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

No.  1:17-CV-03205-RHW

**ORDER GRANTING STIPULATED MOTION RE: SCHEDULING ORDER**

Before the Court is the Parties' Stipulated Motion RE: Scheduling Order.

**ECF Nos. 11, 12.**[1] Plaintiff's complaint and Defendant's answer have been filed.

The Court, having reviewed the stipulated motion and considered its docket, grants

the motion for scheduling order.

      Accordingly, **IT IS ORDERED:**

      1.     The Stipulated Motion Re**:** Scheduling Order, **ECF Nos. 11 and 12**, is

**GRANTED.**

---

[1] The Court notes that while ECF No. 11 is docketed as a motion for summary judgment, it is in fact a stipulated motion for a scheduling order identical to ECF No. 12.

**ORDER GRANTING STIPULATED MOTION RE: SCHEDULING ORDER**
~ 1

2. The following schedule for submission of cross-motions for summary judgment and supporting Memoranda be established:

**March 30, 2018** – Plaintiff will serve and file Motion for Summary Judgment.

**May 11, 2018** – Defendant will serve and file any responsive motion and memorandum.

**May 25, 2018** – Plaintiff will serve and file any reply to defendant's memorandum.

**June 22, 2018, at 6:30 p.m.** – Submission of the issues to the court. Oral argument may be requested by either party. If oral argument is requested, the requesting party must contact the Court, at least two weeks before the date of submission, to arrange a suitable date and time for oral argument to be heard.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of February, 2018.

_s/Robert H. Whaley_
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION RE: SCHEDULING ORDER** ~ 2